USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hector Torres,

           Plaintiff,

–v–

Commissioner of Social Security,

           Defendant.

20-cv-7291 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      In an Order dated September 15, 2020, the Court directed the parties to meet and confer to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge. Dkt. No. 8. The deadline to file either an executed consent form or a joint letter advising the Court that the parties do not consent was two weeks from the date on which Defendant noticed an appearance. *See id.* Counsel for Defendant filed a notice of appearance on December 4, 2020. Dkt. No. 17. However, the Court is not in receipt of either a consent form or joint letter.

      The parties are hereby ORDERED to respond to the Court's September 15, 2020 Order by no later than **January 29, 2021**. The parties are advised that they are free to withhold consent without negative consequences. This Order does not alter the deadlines set forth in any of the Court's scheduling orders.

SO ORDERED.

Dated: January 19, 2021
       New York, New York

                                              ALISON J. NATHAN
                                          United States District Judge