```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hector Torres,

                    **Plaintiff,**

   -against-

Commissioner of Social Security,

                    **Defendant.**

1:20-cv-07291 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

       Pursuant to the Court's June 28, 2021 Order, Plaintiff was to file his motion for judgment on the pleadings no later than August 16, 2021. (Order, ECF No. 28.) It is hereby Ordered that Plaintiff shall file such motion no later than Tuesday, September 7, 2021. Failure to do so will result in the imposition of sanctions up to and including dismissal of this action for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

SO ORDERED.

Dated:     New York, New York
              August 23, 2021

_____
STEWART D. AARON
United States Magistrate Judge