```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HECTOR TORRES,

                        Plaintiff,                      20 **CIVIL** 7291 (SDA)

-v-                                    **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                        Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 27, 2021, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
           December 27, 2021

                                                              **RUBY J. KRAJICK**

                                                                  Clerk of Court
                                      BY:
                                                                   **Deputy Clerk**